UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Georgia L. Jensen,

Plaintiff,

Court File No. 00-310 (RHK/JMM)

v.

Mayo Clinic and Mayo Foundation,

Defendant.

**STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE TIME**

---

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel, that Defendants Mayo Clinic and Mayo Foundation shall have until May 5, 2000 to answer or otherwise respond to Plaintiff's Complaint.

Dated: March 29, 2000

DORSEY & WHITNEY LLP

By [signature]

Robert L. Hobbins (#45573)
Matthew E. Klein (#258957)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants Mayo Clinic and Mayo Foundation

FILED APR 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4/28, 2000

STEPHENSON & SUTCLIFFE, P.A.

By [signature]
Mark G. Stephenson (#105235)
1635 Greenview Drive SW
Rochester, MN 55902
Telephone: (507) 288-7160

Attorneys for Plaintiff Georgia L. Jensen

**SO ORDERED.**

Dated: April 3, 2000

BY THE COURT:

[signature]
United States Magistrate Judge