UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGIA L. JENSEN, CIVIL NO. 00-310 (RHK)

Plaintiff,

v. ORDER OF RECUSAL

MAYO CLINIC and
MAYO FOUNDATION,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: April 3, 2000

JOHN M. MASON
United States Magistrate Judge

Filed APR 0 3 2000
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials

[docket ] CIVIL/CRIMINAL [vdkttext]
3. Docket [TEXT]

Docket # : 0:0 -cv-310 T7
Short Title: Jensen v. Mayo Clinic REFER
Type: cv - Judge: Kyle Magistrate: Mason

------------Event--------------Action--------------Relief------------Trans #----
o - - |ord |cs ref - | 1203054

ORDER OF RECUSAL ( Magistrate Judge John M. Mason / 4/3/00)
|Case referred to Magistrate Judge Franklin L. Noel| 1pg(s)
(IN ALL FUTURE FILINGS, THE CIVIL NUMBER SHOULD READ:
00-310RHK/FLN) (cc: all counsel)

+editing docket text

Command mode (? for commands)